1466 EAST SAGINAW vs. COUNTY TREASURER (Saginaw), 44 M., 273.

1467 GREEN vs. COUNTY TREASURER (Bay), 44 M., 273.

To compel payment over of moneys received under protest from parties paying taxes under liquor law of 1879, the ground of the protest being the alleged invalidity of the constitutional amendment of 1875, removing the prohibition against licenses.

Granted October 6, 1880.

1468 COVEY vs. IMBER (Twp. Treas., Batavia), No. 14834. (Certiorari to Branch.)

To compel respondent to pay over to the county treasurer the proceeds of a certain drain tax, orders for the work upon which drain are held by relator. The circuit judge denied the writ.

Reversed, and mandamus granted. with costs of both courts, June 5, 1895.